UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELINDA BACA, et al.,

        NO. CIV. S-07-1216 LKK/JFM

    Plaintiffs,

  v.

        O R D E R

ADRIANA CALDERON, et al.,

    Defendants.

_____/

    The court is in receipt of the plaintiffs' and defendant County of San Joaquin's status reports, filed for the status conference currently set for October 29, 2007 at 1:30 PM. The court finds good cause to continue the status conference.

    The status conference is CONTINUED to January 14, 2008 at 2:00 PM.

    IT IS SO ORDERED.

    DATED: October 26, 2007.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1