1  DANA A. SUNTAG (California State Bar #125127)
   SUNTAG & FEUERSTEIN
2  A Professional Corporation
   The Kress Building
3  20 North Sutter Street, Fourth Floor
   Stockton, California  95202
4  Telephone:  (209) 943-2004
   Facsimile:   (209) 943-0905
5  Dana@Suntag-Feuerstein.com

6  GILBERTO GUTIERREZ (California State Bar #85795)
   Deputy County Counsel
7  OFFICE OF THE COUNTY COUNSEL
    OF SAN JOAQUIN
8  County of San Joaquin
   Courthouse - Room 711
9  222 East Weber Avenue
   Stockton, California  95202
10 Telephone:  (209) 468-2980

11
   Attorneys for Defendant
12 COUNTY OF SAN JOAQUIN

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

16 MELINDA BACA, et al.,                 )   **No. 2:07-CV-01216-LKK-JFM**
                                         )
17         Plaintiffs,                   )   **STIPULATION AND ORDER FOR**
                                         )   **DISMISSAL OF ENTIRE CASE**
18    v.                                 )   **WITH PREJUDICE**
                                         )
19 ADRIANA CALDERON, et al.,             )
                                         )
20         Defendants.                   )
                                         )
21                                       )
                                         )
22 _____ )

23

24

25

26

27

28

STIPULATION AND ORDER
FOR DISMISSAL OF CASE                    1

PDF created with pdfFactory trial version www.pdffactory.com

1   IT IS STIPULATED AND AGREED, by each party to this case, through
2 their undersigned counsel, that this entire case be dismissed with prejudice, each party
3 to bear its/his/her own fees and costs, including attorneys' fees.

4 Dated: October 17, 2008                    JOSE & BARRERA

6                                             By:  /s/ Allan F. Jose
7                                                  ALLAN F. JOSE
                                                   Attorneys for All Plaintiffs

8 Dated: October 17, 2008                    RICHARD E. NOSKY, JR.
                                             CITY ATTORNEY

11                                            By:  /s/ Shelley L. Green
                                                  SHELLEY L. GREEN
                                                  Attorneys for Defendants
12                                                CITY OF STOCKTON, KENNETH
                                                  PHAM, and MARK SANDBERG

13 Dated: October 17, 2008                   SUNTAG & FEUERSTEIN
14                                           A Professional Corporation

16                                            By:  /s/ Dana A. Suntag
17                                                 DANA A. SUNTAG
                                                   Attorneys for Defendant
                                                   COUNTY OF SAN JOAQUIN

18                              O R D E R
19       IT IS SO ORDERED.

21 Dated: October 20, 2008

                                _____
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT